■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINNIE QUINONES, Appellant. [28 NYS3d 899]—Appeal by the defendant from an order of the Supreme Court, Kings County (Sullivan, J.), dated April 24, 2013, which, after a hearing, designated him a level two sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

A departure from the presumptive risk level is warranted where "there exists an aggravating or mitigating factor of a kind, or to a degree, that is otherwise not adequately taken into account" by the Sex Offender Registration Act guidelines (Sex Offender Registration Act: Risk Assessment Guidelines and Commentary at 4 [2006]; *see People v Wyatt*, 89 AD3d 112, 119 [2011]; *People v Bussie*, 83 AD3d 920, 920-921 [2011]). Here, the Supreme Court properly determined that the defendant was not entitled to a downward departure, and accordingly, properly designated him a level two sex offender (*see People v Wood*, 112 AD3d 602 [2013]; *People v Wyatt*, 89 AD3d at 131; *People v Mondo*, 88 AD3d 676 [2011]; *People v Padro*, 84 AD3d 1046 [2011]). Balkin, J.P., Sgroi, Duffy and Connolly, JJ., concur.